# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 23, 2025

Lyle W. Cayce
Clerk

———————

No. 25-30027
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Desmond Copeland,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:24-CR-130-1

———————————————————

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:[*]

Desmond Copeland appeals following his conviction for possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), arguing that § 922(g)(1) is unconstitutional on its face in light of the test set forth in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). The

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30027

Government has moved without opposition for summary affirmance or, alternatively, for an extension of time to file its brief.

As the Government asserts, the sole issue raised on appeal is foreclosed by *United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *petition for cert. filed* (U.S. Feb. 18, 2025) (No. 24-6625). Copeland concedes as much but wishes to preserve the issue for further review. Therefore, summary affirmance is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.